168 A.3d 1165

ALLEN KUNZ, APPELLANT–PETITIONER, v. NEW JERSEY
STATE PAROLE BOARD, RESPONDENT–RESPONDENT.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003553–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.

168 A.3d 1165

MICHAEL MARRANCA, PLAINTIFF–PETITIONER, v. VALERY
LOYTSKER, DEFENDANT–RESPONDENT.

May 10, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004273–11
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.